UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL JAMES HUNTER,<br><br>    Defendants. | 3:13-CR-0045-HDM-WGC<br><br>**ORDER** |

On May 28, 2013, this Court ordered the release of the defendant from custody on bond with conditions once a land line suitable for location monitoring was installed and when the defendant's parents were back at the residence (#10).

On June 3, 2013, the Court has been advised by the Pretrial Services Officer that a proper land line has been installed and that the defendant's parents are now at the residence.

Therefore, the defendant shall be released from custody on June 3, 2013.

**IT IS SO ORDERED.**

DATED:   June 3, 2013.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE